

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

RUTH ANN BUCK, M.D.,

        Defendant.

_____/

Case: 1:10-cr-20350
Judge: Ludington, Thomas L
MJ: Binder, Charles E
Filed: 06-09-2010 At 04:07 PM

## INDICTMENT

**THE GRAND JURY CHARGES:**

### GENERAL ALLEGATIONS

1. Beginning in or about January, 2006, and continuing up to and including July 1, 2009, these dates being approximate, RUTH ANN BUCK, M.D., defendant, engaged in a scheme and pattern of illegal conduct by prescribing and distributing prescription drug controlled substances illegally, outside the course of usual medical practice.

2. At all times mentioned in this indictment, defendant was a medical doctor, licensed by the State of Michigan, and authorized by the United States Drug Enforcement Administration to prescribe and dispense controlled substances. At various times

defendant operated her office out of the "West Side Urgent Care" clinic at 3323 Shattuck Road, a hotel room in the Residence Inn hotel at 5230 Fashion Square Boulevard, and a commercial complex at 7204 Gratiot Road, all in Saginaw, Michigan.

3.   On or about the dates set forth below, in the Eastern District of Michigan, Northern Division, defendant knowingly, intentionally, and unlawfully distributed, outside the course of professional practice and for no legitimate medical purpose, quantities of Schedule II, III and IV controlled substances, including but not limited to the Schedule II drugs OxyContin (oxycodone), Dilaudid (hydromorphone hydrochloride), methadone hydrochloride, and morphine sulfate, the Schedule III drug Vicodin (acetaminophen hydrocodone bitartrate), and the Schedule IV drug Xanax (alprazolam). These and other similar illegal controlled substance distributions too numerous to list were accomplished by the writing of prescriptions. From January 2006, until July 2009, defendant prescribed approximately 712,395 dosage units of Vicodin (acetaminophen hydrocodone bitartrate), 224,103 dosage units of OxyContin (oxycodone), 182,285 dosage units of Xanax (alprazolam), 145,657 dosage units of morphine sulfate, 133,302 dosage units of methadone hydrochloride, and 129,810 dosage units of Dilaudid (hydromorphone hydrochloride).

# COUNTS 1-7
## Distribution of Controlled Substances
## 21 U.S.C. § 841(a)(1)

4. Paragraphs One through Three are incorporated as though fully set forth herein.

5. On or about the dates set forth below, in the Eastern District of Michigan, Northern Division, defendant wrote multiple prescriptions for controlled substances to an undercover patient without any significant medical examination of the patient, knowing that the amounts prescribed were far in excess of the legitimate medical needs of that patient, and despite being informed that the patient was misusing the drugs. These and other factors established that defendant knowingly, intentionally, and unlawfully distributed controlled substances, in violation of 21 United States Code, Section 841(a)(1).

| COUNT | DATE | PRESCRIPTION DATE | PATIENT | DRUG |
| --- | --- | --- | --- | --- |
| 1 | May 14, 2009 | May 14, 2009 | "Sammy Woods" | Alprazolam 1mg #120 |
| 2 | May 14, 2009 | May 14, 2009 | "Sammy Woods" | OxyContin 40mg #60 |
| 3 | June 11, 2009 | June 11, 2009 | "Sammy Woods" | OxyContin 80mg #120 |
| 4 | June 11, 2009 | June 11, 2009 | "Sammy Woods" | Dilaudid 4mg #120 |
| 5 | June 11, 2009 | July 1, 2009 | "Sammy Woods" | Alprazolam 1mg #90 |
| 6 | June 11, 2009 | July 9, 2009 | "Sammy Woods" | OxyContin 80mg #120 |
| 7 | June 11, 2009 | July 9, 2009 | "Sammy Woods" | Dilaudid 4mg #120 |

## COUNTS 8-32
### Distribution of Controlled Substances
### 21 U.S.C. § 841(a)(1)

6.  Paragraphs One through Five are incorporated as though fully set forth herein.

7.  On or about the dates set forth below, in the Eastern District of Michigan, Northern Division, defendant wrote multiple prescriptions for controlled substances to patients without proper assessment of the patient, without close monitoring to maintain compliance and monitor inappropriate behavior, and knowing that the amounts prescribed were far in excess of the legitimate medical needs of that person. These and other factors established that defendant knowingly, intentionally, and unlawfully distributed controlled substances, in violation of 21 United States Code, Section 841(a)(1).

| COUNT | PRESCRIPTION DATE | PATIENT INITIALS | DRUG |
| --- | --- | --- | --- |
| 8 | January 3, 2006 | R. G. | OxyContin 20mg #180 |
| 9 | January 3, 2006 | R. G. | OxyContin 40mg #180 |
| 10 | February 26, 2007 | D. G. | OxyContin 40mg #120 |
| 11 | February 26, 2007 | D. G. | Vicodin 10mg #160 |
| 12 | December 7, 2007 | D. Y. | OxyContin 20mg #90 |
| 13 | December 7, 2007 | D. Y. | OxyContin 40mg #90 |
| 14 | December 7, 2007 | D. Y. | OxyContin 20mg #270 |
| 15 | December 7, 2007 | D. Y. | OxyContin 40mg #270 |
| 16 | February 4, 2008 | J. S. | Oxycodone 40mg #240 |
| 17 | February 4, 2008 | J. S. | Oxycodone 80mg #360 |

| 18 | May 5, 2008 | M. K. | Morphine Sulfate 30mg #180 |
| 19 | May 5, 2008 | M. K. | Methadone 10mg #480 |
| 20 | May 5, 2008 | M. K. | OxyContin 40mg #180 |
| 21 | May 5, 2008 | M. K. | Alprazolam 0.5mg #90 |
| 22 | July 3, 2008 | B. L. | Alprazolam 2mg #150 |
| 23 | July 3, 2008 | B. L. | Dilaudid 8mg #400 |
| 24 | October 10, 2008 | S. D. | OxyContin 80mg #120 |
| 25 | January 14, 2009 | M. B. | OxyContin 40mg #120 |
| 26 | January 14, 2009 | M. B. | OxyContin 80mg #180 |
| 27 | January 30, 2009 | M. K. | Methadone 10mg #2160 |
| 28 | February 25, 2009 | D. M. | OxyContin 40mg #120 |
| 29 | February 25, 2009 | D. M. | OxyContin 60mg #120 |
| 30 | February 25, 2009 | D. M. | OxyContin 80mg #180 |
| 31 | February 25, 2009 | D. M. | Xanax 2mg #120 |
| 32 | March 4, 2009 | T. C. | OxyContin 80 mg #120 |

## FORFEITURE ALLEGATIONS
## 21 U.S.C. § 853

1.  Upon conviction of one or more of the controlled substance violations of Title 21, United States Code, Section 841 alleged in Count(s) 1-32 of this Indictment, defendant RUTH ANN BUCK, M.D., shall, pursuant to Title 21, United States Code, Section 853(a), forfeit to the United States any property constituting, or derived from, any proceeds defendant obtained, directly or indirectly, as the result of such violation(s);

2. Upon conviction of one or more of the controlled substance violations of Title 21, United States Code, Section 841 alleged in Count(s) 1-32 of this Indictment, defendant RUTH ANN BUCK, M.D., shall, pursuant to Title 21, United States Code, Section 853(a), forfeit to the United States and any of defendant's property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such violation(s).

3. If any of the property described in paragraphs 1-2 hereof as being subject to forfeiture pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of defendants --

    a) cannot be located upon the exercise of due diligence;

    b) has been transferred to, sold to, or deposited with a third party;

    c) has been placed beyond the jurisdiction of this Court;

    d) has been substantially diminished in value; or

    e) has been commingled with other property which cannot be divided without difficulty;

the United States of America, pursuant to Title 21, United States Code, Section 853(p), intends to seek forfeiture of all other property of defendants up to the value of the property subject to forfeiture described in paragraphs 1-2.

|  |  |
|---|---|
| Dated: June 9, 2010 | **THIS IS A TRUE BILL** |
|  | s/Grand Jury Foreperson<br>GRAND JURY FOREPERSON |

BARBARA L. McQUADE
United States Attorney


s/Shane N. Waller
Assistant U.S. Attorney
101 First Street, Suite 200
Bay City, Michigan 48708-5747
(989) 895-5712
shane.waller@usdoj.gov
(TX24049796)


s/Barbara Colby Tanase (P38539)
Assistant U.S. Attorney
Chief, Bay City Branch

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | **Case Number** |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

**Reassignment/Recusal Information** This matter was opened in the USAO prior to August 15, 2008   [ ]

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)¹: | Judge Assigned: |
| ☐ Yes    ☒ No | AUSA's Initials: SNW |

Case Title: USA v. RUTH ANN BUCK, M.D.

County where offense occurred : BAY

Check One:    ☒ Felony         ☐ Misdemeanor         ☐ Petty

   X   Indictment/_____Information --- **no prior complaint.**
   ____Indictment/_____Information --- based upon prior complaint [Case number: ]
   ____Indictment/_____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

**Superseding Case Information**

Superseding to Case No: _____    Judge: _____

   ☐   Original case was terminated; no additional charges or defendants.
   ☐   Corrects errors; no additional charges or defendants.
   ☐   Involves, for plea purposes, different charges or adds counts.
   ☐   Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

June 9, 2010
   Date

SHANE N. WALLER
Assistant United States Attorney
101 First Street, Suite 200
Bay City, MI 48708
Phone: 989-895-5712
Fax: 989-895-5790
E-Mail address: shane.waller@usdoj.gov
Attorney Bar #: TX24049796

¹ Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

10/13/09